denied. *William P. Lord* and *Ben Anderson* for petitioner.

No. 911. GARLAND *v.* UNITED STATES; and

No. 916. WELLS *v.* UNITED STATES. March 3, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Hayden C. Covington* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 914. OGDEN DAIRY CO. *v.* WICKARD, SECRETARY OF AGRICULTURE, ET AL. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Hector A. Brouillet* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Berge, J. Stephen Doyle, Jr.* and *Katharine A. Markwell* for respondents.

No. 915. MOORE, DIRECTOR OF FISHERIES OF THE STATE OF WASHINGTON, ET AL. *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Smith Troy,* Attorney General of the State of Washington, and *Harold A. Pebbles* for petitioners. *Acting Solicitor General Washington* and *Assistant Attorney General Bazelon* for the United States. *Kenneth R. L. Simmons* filed a brief for the Quillayute Tribe of Indians, as *amicus curiae,* opposing the petition.

No. 941. NEBRASKA NATIONAL HOTEL CO. *v.* O'MALLEY, COLLECTOR OF INTERNAL REVENUE. March 3, 1947.